United States Bankruptcy Court

Southern District of Indiana

In re:  
Myeshia Marie Higgins  
      Debtor

Case No. 24-05841-JMC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0756-1      User: admin      Page 1 of 2  
Date Rcvd: Oct 31, 2024      Form ID: b309a      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Myeshia Marie Higgins, 950 West 26th Street, Indianapolis, IN 46208-5420 |
| 17070198 | | Eskanazi Medical Group, C/o Kamp Medical Billing, PO Box 2191, Indianapolis, IN 46206-2191 |
| 17070199 | + | Eskenazi, PO Box 630901, Cincinnati, OH 45263-0901 |
| 17070200 | + | Eskenazi Hospital, 720 Eskenazi Ave, Indianapolis, IN 46202-5190 |
| 17070202 | + | Fin Health, 777 Indiana Ave, Indianapolis, IN 46202-3101 |
| 17070204 | + | Gene B Glick/Woods of Eagle Creek, Landman & Beatty, 9100 N Keystone Crossing #870, Indianapolis, IN 46240-7747 |
| 17070205 | | Harris & Harris LTD, 111 West Davidson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 17070208 | | LexisNexis, PO Box 1056108, Atlanta, GA 30348 |
| 17070209 | + | Methodist Health Hospital, 250 N. Shadeland, Indianapolis, IN 46219-4959 |
| 17070211 | + | Pike Township Small Claims Court, 5665 Lafayette Rd., #B, 49K05-2403-EV-000585, Indianapolis, IN 46254-6164 |
| 17070219 | + | Vivint, 3902 Hanna Circle Suite A, Indianapolis, IN 46241-7207 |
| 17070220 | + | Vivint, Inc., CT Corporation System, 150 West Market St. Ste. 800, Indianapolis, IN 46204-2814 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@johnsteinkampandassociates.com | Oct 31 2024 21:24:00 | Michael Steven Cox, John Steinkamp & Associates, 5214 S. East Street, Suite D1, Indianapolis, IN 46227 |
| tr | + | EDI: BJGOLSONDUNLAP.COM | Nov 01 2024 01:18:00 | Jenice Golson-Dunlap, Jenice Golson-Dunlap, Trustee, P O BOX 68328, Indianapolis, IN 46268-0328 |
| ust | + | Email/Text: ustpregion10.in.ecf@usdoj.gov | Oct 31 2024 21:25:00 | U.S. Trustee, Office of U.S. Trustee, 46 E Ohio Street, Room 520, Indianapolis, IN 46204-1907 |
| 17070194 | | Email/Text: clcollections@corelogic.com | Oct 31 2024 21:25:00 | CoreLogic Corporate Headquarters, 40 Pacifica Avenue, Suite 900, Irvine, CA 92618 |
| 17070196 | ^ | MEBN | Oct 31 2024 21:23:10 | CT Corp, 334 North Senate Avenue, Indianapolis, IN 46204-1708 |
| 17070191 | + | EDI: CAPITALONE.COM | Nov 01 2024 01:18:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 17070192 | ^ | MEBN | Oct 31 2024 21:23:19 | Chex Systems Inc./FIS Qualifile, 601 Riverside Avenue, Jacksonville, FL 32204-2901 |
| 17070193 | + | EDI: COMCASTCBLCENT | Nov 01 2024 01:18:00 | Comcast, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 17070195 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 31 2024 21:32:21 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 17070197 | | Email/Text: bankruptcycourts@equifax.com | Oct 31 2024 21:25:00 | Equifax, Attn: Bankruptcy Dept., PO Box 740241, Atlanta, GA 30374 |
| 17070201 | ^ | MEBN | Oct 31 2024 21:24:26 | Experian, Attn: Bankruptcy Dept, PO Box 2002, |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Allen, TX 75013-2002 |
| 17070203 | + Email/Text: crdept@na.firstsource.com | Oct 31 2024 21:25:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 17070206 | ^ MEBN | Oct 31 2024 21:23:42 | IU Health, 250 N. Shadeland, Indianapolis, IN 46219-4959 |
| 17070207 | + EDI: JEFFERSONCAP.COM | Nov 01 2024 01:18:00 | Jeffcapsys, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 17070210 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2024 21:25:00 | Midland Cred, 320 East Big Beaver, Troy, MI 48083-1271 |
| 17070214 | Email/Text: bankruptcy@sunbit.com | Oct 31 2024 21:24:00 | Tab/sunbit, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 17070212 | + Email/Text: enotifications@santanderconsumerusa.com | Oct 31 2024 21:25:00 | Santander, Po Box 961211, Fort Worth, TX 76161-0211 |
| 17070213 | + EDI: AISTMBL.COM | Nov 01 2024 01:18:00 | Sprint, Bankruptcy Dept., PO Box 7949, Overland Park, KS 66207-0949 |
| 17070215 | Email/Text: epr@telecheck.com | Oct 31 2024 21:25:00 | TeleCheck Services, Inc., PO Box 6806, Hagerstown, MD 21741-6806 |
| 17070216 | ^ MEBN | Oct 31 2024 21:24:02 | Transunion, PO Box 1000, Crum Lynne, PA 19022 |
| 17070217 | + Email/Text: media@trueaccord.com | Oct 31 2024 21:25:00 | True Accord, 303 Second Street, Suite 750 South, San Francisco, CA 94107-1366 |
| 17070218 | EDI: VERIZONCOMB.COM | Nov 01 2024 01:18:00 | Verizon, National Recovery Operations, Minneapolis, MN 55426 |
| 17070221 | + Email/Text: bk@worldacceptance.com | Oct 31 2024 21:25:00 | Wfc, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2024    Signature:    /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor: | **Myeshia Marie Higgins**<br>Name | Social Security number or ITIN: xxx–xx–1446<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court – Southern District of Indiana | | Date case filed in chapter 7: October 29, 2024 |
| Case number: | 24–05841–JMC–7 | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          10/2020

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, the debtor, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to **30 days** or not exist at all, although the debtor can ask the court to extend or impose a stay.

The debtor is seeking a discharge. Creditors who assert that the debtor is not entitled to a discharge or who want a debt excepted from discharge may be required to file a complaint within the deadlines specified in this notice. (See "Deadlines" section for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify the debtor on this case, the debtor must submit a full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| 1. | **Debtor's full name** | Myeshia Marie Higgins | |
|---|---|---|---|
| 2. | **Other names**<br>(used in last 8 years) | None | |
| 3. | **Address** | 950 West 26th Street<br>Indianapolis, IN 46208 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael Steven Cox<br>5214 S. East Street<br>Suite D1<br>Indianapolis, IN 46227 | Contact info: 317–780–8300 or<br>ecf@johnsteinkampandassociates.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jenice Golson–Dunlap<br>Jenice Golson–Dunlap, Trustee<br>P O BOX 68328<br>Indianapolis, IN 46268 | Contact info: 317–263–3580 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court<br>Southern District of Indiana<br>46 E Ohio St Rm 116<br>Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:00 PM ET<br><br>Contact info: 317–229–3800 |
| **7.** | **Meeting of creditors**<br>The debtor must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **December 3, 2024 at 02:00 PM Eastern**<br><br>**The debtor MUST provide picture identification and proof of social security number** to the trustee prior to the meeting of creditors. Failure to do so may result in the case being dismissed. Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. | Location:   zoom.us/j/9949531460<br>Meeting ID: 994 953 1460<br>Passcode:   8721883390<br>Phone:      463–259–7341<br><br>For additional information, visit justice.gov/ust/moc. |
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). The debtor may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to object to discharge or challenge whether certain debts are dischargeable:**<br>**You must file a complaint by the deadline:**<br>• if you assert that the debtor is not entitled to a discharge under 11 U.S.C. § 727(a)(2)–(7) or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **February 3, 2025**<br>**You must file a motion by the deadline:**<br>• if you assert that the discharge should be denied under 11 U.S.C. § 727(a)(8) or (9). |
| | | **Objection to exemptions:**<br>The law permits the debtor to keep certain property as exempt. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| **10.** | **Proof of claim**<br>Do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| **12.** | **Exempt property** | The law allows the debtor to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. The debtor must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or pacer.insb.uscourts.gov. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| **13.** | **Abandonment of property** | Pursuant to S.D.Ind. B–6007–1, a trustee's report of no distribution serves as a notice proposing the abandonment of all property from the estate. No further notice of the abandonment will be given unless a party in interest files a request for further notice of abandonment no later than **one day** before the first date set for the 341 meeting. Any party filing such a request will be given notice upon filing of the report of no distribution and have **14 days** to object to the abandonment. | |